IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02915-WYD-MEH

NOEL SMITH and,
STEPHANIE SMITH,

    Plaintiffs,

v.

CITY OF THORNTON,
MICHAEL SNOOK, in his individual and official capacity,
CHRISTOPHER STUTTERS, in his individual and official capacity,
BRYAN BENNETT, in his individual and official capacity, and,
JOHN VERMILYE, in his individual and official capacity,

    Defendants.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on September 27, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that judgment is hereby entered in favor of Defendants, City of Thornton; Michael Snook, in his individual and official capacity; Christopher Stutters, in his individual and official capacity; Bryan Bennett, in his individual and official capacity; and John Vermilye, in his individual and official capacity, and against Plaintiffs, Noel Smith and Stephanie Smith, on Defendants' Motion To Dismiss For Failure To State A Claim And Application Of Qualified Immunity [ECF Doc. No. 8].  It is further

ORDERED that the Court declines to exercise supplemental jurisdiction over the Plaintiffs' state law negligence and loss of consortium claims. It is further

ORDERED that this action is remanded to the District Court for Adams County, CO.

DATED at Denver, Colorado this <u>1st</u> day of October, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

<u>By: s/ Edward P. Butler</u>
Edward P. Butler
Deputy Clerk